UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY BOLLING, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOB'S DISCOUNT FURNITURE, LLC,<br><br>    Defendant. | Docket No. 2:22-CV-6312 (LDH)<br><br>Leave to file granted on April 4, 2023 |

**NOTICE OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY**

PLEASE TAKE NOTICE that Defendant Bob's Discount Furniture, LLC ("BDF"), through its attorneys, Holland & Knight LLP, will move this Court, pursuant to the non-party Guardian Protection Products, Inc. Goof Proof service contract, in accordance with the Federal Arbitration Act (9 U.S.C. § 5 and 9 U.S.C. § 3), before the Honorable LaShann DeArcy Hall, United States District Court for the Eastern District of New York, at the United States District Courthouse, 225 Cadman Plaza East Brooklyn, New York 11201 at date and time set forth by the Court, for an Order compelling individual, non-class arbitration of Plaintiff's dispute, and for an Order pursuant to staying this case pending the outcome of that arbitration, and for other and further relief as the Court deems just and proper. In support, BDF submits BDF's Memorandum of Law dated June 30, 2023 and the Declaration of Dean Lotufo dated June 29, 2023 both of which were served on Plaintiff's counsel on July 5, 2023 pursuant to this Court's Individual Practices and agreement of the parties.

Respectfully submitted,

**DEFENDANT BOB'S DISCOUNT FURNITURE, LLC,**

By its counsel,

  /s/ Duvol M. Thompson
Duvol M. Thompson
HOLLAND & KNIGHT LLP
31 West 52nd Street
12th Floor
New York, NY 10019
*duvol.thompson@hklaw.com*
212-513-3200

Robert M. Shaw*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
*robert.shaw@hklaw.com*
617-203-2018

*Motion for admission pro hac vice forthcoming

DATED: July 5, 2023

**CERTIFICATE OF SERVICE**

The undersigned certifies that today, the 5th day of July 2023, he caused a true copy of the foregoing to be served on counsel for the plaintiff by e-mail addressed as follows: *spencer@spencersheehan.com*, *thillebrand@spencersheehan.com*.

  /s/ Robert M Shaw
Robert M. Shaw